# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1880
LT Case No. 16-2023-CF-9703-A

_____

CRAIG DEMONTE GRIFFIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Matthew J. Metz, Public Defender, and Jane Almy-Loewinger,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Anne C. Conley, Senior
Assistant Attorney General, Tallahassee, for Appellee.

March 3, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____